## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-mj-00146** |
| | ) | |
| **MICHAEL HENNESSEY,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## DEFENDANT MICHAEL HENNESSEY'S MOTION TO MODIFY TERMS AND CONDITIONS OF PRETRIAL RELEASE

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES, Defendant Michael Hennessey, by and through his undersigned counsel or record, William L. Shipley, requesting this Court modify the conditions of pretrial release imposed by this Court so as to allow for international travel to Quintana Roo, Mexico from August 31, 2024, to September 7, 2024, for the purposes of attending and being part of his brother's wedding.

On May 29, 2024, Defendant Hennessey was charged with violations of 18 U.S.C. Sec. 231(a)(3), 18 U.S.C. Sec 1752 (a)(1), 18 U.S.C. Sec 1752 (a)(2), 18 U.S.C. Sec 5104 (e)(2)(D), and 18 U.S.C. Sec 5104 (e)(2)(G) by a criminal complaint.

On May 21, 2024, this Court set Defendant Hennessey's terms and conditions of pretrial release that required court approval to travel outside of the Continental United States. *See* ECF No.13 Pg. 2 at ln f.

To date, Defendant Hennessey has been in compliance with the terms and conditions of release set by this Court.

Undersigned has conferred with Government Counsel who oppose such modification.

Should this Court allow for Defendant Hennessey to travel for the intention of being part of his brother's wedding, all travel information and hotel stay will be submitted to his Pretrial Services Officer.

Dated: August 21, 2024                Respectfully submitted,

                                       /s/ William L. Shipley

2

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*